KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
GRAHAM J. WYATT (SBN 342809)
Graham.Wyatt@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

SARAH E. WEINER (*pro hac vice forthcoming*)
Sarah.Weiner@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone:  (202) 220-1100

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., | Case No. 2:25-cv-06469 |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN** |
| vs. | |
| RED EARTH GROUP LIMITED, d/b/a SATÉUR, | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

1   Plaintiff Disney Enterprises, Inc. ("Disney") alleges on knowledge as to its
2   own acts, and otherwise on information and belief, as follows:

3   **INTRODUCTION**

4   1.   Disney's MICKEY and MICKEY MOUSE word and device marks
5   (collectively, "Mickey Mouse Trademarks") are among the most famous and
6   instantly recognizable trademarks in the world.  For decades, Disney (including
7   through its affiliates) has used the Mickey Mouse Trademarks to identify Disney's
8   family-focused brand and the singular magic consumers associate with Disney's
9   goods and services.  Disney's Mickey Mouse Trademarks provide consumers with
10  assurance that the associated goods meet Disney's quality standards, and have
11  Disney's approval and endorsement.

12  2.   Defendant Red Earth Group Limited ("Red Earth Group") is unlawfully
13  trading on that consumer goodwill and misleading consumers for its own
14  commercial gain.

15
16
17
18
19
20
21
22
23
24
25
26



27  3.   Red Earth Group is not and never has been authorized to use Disney's
28  Mickey Mouse Trademarks in any way.  Nevertheless, Red Earth Group has chosen

1  to appropriate Disney's Mickey Mouse Trademarks to market cheap, imitation-
2  diamond jewelry through an online storefront that Red Earth Group operates under
3  the name "Satéur Paris."  The Satéur website sells more than a half-dozen pieces of
4  Mickey Mouse-themed jewelry (collectively, "Infringing Satéur Mickey Jewelry").
5  Red Earth Group's marketing and packaging is replete with substantial,
6  unauthorized use of infringing versions of Disney's Mickey Mouse Trademarks:





27       4.     This poses a significant problem, not just for Disney but also for its
28  licensees and consumers in the market.  Disney maintains a substantial licensing

-3-

program through which it authorizes other parties to use the Mickey Mouse
Trademarks in connection with a wide variety of goods and services.  Disney
maintains quality controls over its licensees' merchandise and the association of that
merchandise with Disney.  And consumers rely on the Mickey Mouse Trademarks
to signal Disney's approval or endorsement, and therefore the quality, of associated
goods.

5.    Indeed, Red Earth Group admits that "Mickey Mouse" is "synonymous
with the name Disney."[1]  Its infringement of the Mickey Mouse Trademarks creates
an obvious likelihood of consumer confusion.  Compare, for example, one of
Disney's Mickey Mouse device marks with Red Earth Group's product packaging:





*Disney's Mickey Mouse device mark*
Reg. App. No. 97668570 (Class 14)

*"Satéur® Mickey 1928 Classique Ring™" product packaging*

6.    Red Earth Group's Infringing Satéur Mickey Jewelry attempts to cash
in on the popularity of Disney's Mickey Mouse brand and to mislead consumers
into believing that Red Earth Group is an authorized seller of authentic Disney

---

[1] *See* Satéur, *Celebrating a Century of Magic: The Satéur® Mickey 1928 Collection*
(Jan. 22, 2024), https://www.sateur.com/blog-mickey-1928-collection/
[https://perma.cc/3PL2-LDZP] ("Mickey Mouse wasn't just a character; he was a
revolution.  His appearance in 'Steamboat Willie' in 1928 wasn't just the birth of a
character but the birth of a vast universe of storytelling that would eventually
become synonymous with the name Disney.").

1  merchandise.  Disney brings this action to protect its rights in the Mickey Mouse
2  Trademarks, the interests of Disney's legitimate licensees, and the consumers who
3  rely on the Mickey Mouse Trademarks to indicate the legitimacy and quality of
4  associated goods.

5                            **JURISDICTION AND VENUE**

6          7.      This Court has subject matter jurisdiction pursuant to 28 U.S.C.
7  §§ 1331 and 1338, because Disney's claims arise under the Lanham Act, as
8  amended, 15 U.S.C. §§ 1051 *et seq.*

9          8.      This Court has personal jurisdiction over Red Earth Group pursuant to
10 Federal Rule of Civil Procedure 4(k)(1) and California Code of Civil Procedure
11 § 410.10.  Red Earth Group has purposefully directed its actions toward the State of
12 California and this District.  Red Earth Group is intentionally marketing and selling
13 products in a manner that infringes Disney's trademarks.  And Red Earth Group is
14 expressly aiming its actions at California, including by:  (a) marketing its products
15 to consumers in California, including through promotional blog posts directed to
16 such consumers[2]; (b) offering free delivery to residents of California and Los
17 Angeles County; contracting with a third-party distributor based in and/or operating
18 out of this District to distribute some or all of the infringing goods to purchasers in
19 this State and in this District; and (c) selling at least two infringing items through the
20 Satéur website to an agent of Disney located in this District in the regular course of
21 business.  Red Earth Group is aware that its infringement of Disney's Mickey
22 Mouse Trademarks harms Disney in the State of California and in this District,
23 where Disney maintains its principal place of business.

24

25 _____
26 [2] *See, e.g.*, Satéur, *Discover the Best Engagement Rings in Los Angeles* (Jan. 27, 2023), https://www.sateur.com/discover-the-best-engagement-rings-in-los-angeles/
27 [https://perma.cc/V6S6-7CSP] (purporting to provide "a list of some of the top places or locations to buy engagement rings in Los Angeles," including several
28 brick-and-mortar stores that are presented as Satéur's peers).

9.     Alternatively, if this Court does not have jurisdiction over Red Earth Group pursuant to Federal Rule of Civil Procedure 4(k)(1), then the Court has jurisdiction over Red Earth Group pursuant to Rule 4(k)(2).  If jurisdiction over Red Earth Group were lacking under Rule 4(k)(1), then Red Earth Group would not be subject to jurisdiction in any state's courts of general jurisdiction.  Red Earth Group has purposefully directed and promoted its infringing activities to the United States as a whole, including by:  (a) engaging in marketing and sales efforts that target consumers in the United States, including blog posts directed at U.S. consumers,[3] free delivery to the United States, advertising and sales deals invoking uniquely American holidays, advertising featured in U.S. publications that are promoted by and to U.S. citizens (such as Vogue, Cosmopolitan, and Esquire), and claims that its jewelry is "loved by celebrities," including American sports journalist Olivia Harlan Dekker; (b) offering its products directly for sale to customers within the United States through the Satéur website; (c) arranging with a California third-party distributor to ship some or all of its products to consumers in the United States; and (d) filing (but later withdrawing) a U.S. trademark application for the SATÉUR mark.

10.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to Disney's claims occurred in this District.

---

[3] *See, e.g.*, Satéur, *Best Engagement Rings in United States: The Ultimate Guide* (Jan. 17, 2023), https://www.sateur.com/best-engagement-rings-in-united-states-the-ultimate-guide/ [https://perma.cc/TC2L-QKYV]; Satéur, *Get the Perfect Fit: A Comprehensive Guide to Engagement Ring Sizes* (Jan. 4, 2023), https://www.sateur.com/get-the-perfect-fit-a-comprehensive-guide-to-engagement-ring-sizes/ [https://perma.cc/4SXN-V55S].

1
2

## THE PARTIES

### Plaintiff

3      11.     Plaintiff Disney Enterprises, Inc. is a corporation duly organized and

4  existing under the laws of the State of Delaware, with its principal place of business

5  in Burbank, California.

6                                    ### Defendant

7      12.     Defendant Red Earth Group Limited is a corporation organized and

8  existing under the laws of Hong Kong with its principal place of business in

9  Hong Kong.  Red Earth Group maintains an "office" in the United States.

10     13.     Red Earth Group owns and operates Satéur.com, an online retail sales

11  website that markets, sells, and distributes low-priced jewelry with lab-grown

12  diamonds, moissanite, and synthetic gemstones.  Red Earth Group oversees the

13  design, manufacturing, marketing, and distribution of all products sold on the Satéur

14  website, including products that infringe Disney's Mickey Mouse Trademarks.

15     14.     Satéur is not a standalone company, but rather a trademark of Red

16  Earth Group.  The Satéur website falsely claims that SATÉUR is a registered mark

17  in the United States.  Although Red Earth Group applied to register the SATÉUR

18  mark in the United States, Red Earth Group later abandoned that application.

19                              ## BACKGROUND FACTS

20                              ### Disney's Trademark Rights

21     15.     Disney owns the Mickey Mouse Trademarks, which include common

22  law rights, trade names, registrations, and/or registration applications that

23  incorporate and/or refer to Mickey Mouse and distinctive elements associated with

24  Mickey Mouse.

25     16.     Disney owns numerous federal registrations covering the Mickey

26  Mouse Trademarks, including the registrations listed in **Exhibit A**.  For example,

27  Disney has registered both the MICKEY MOUSE word mark and the iconic three-

28  circle mouse ear device mark for use in connection with jewelry and watches under

U.S. Registered Trademark Nos. 3007745 and 5670367.  Disney's U.S. Trademark
Application No. 97668570 depicts Mickey Mouse's full body in color and covers
the class of goods that includes jewelry, jewelry boxes, and jewelry cases.

  

17.    Disney also owns common law trademark and trade dress rights in the
Mickey Mouse Trademarks.  For example, Disney and its affiliates often use the
Mickey Mouse Trademarks as marks in connection with online point of sale
displays, hangtags, and packaging to identify Disney as the source of the goods.
Disney and its affiliates have consistently used each of the following Mickey Mouse
Trademarks in commerce throughout the United States since at least 2023.



*Disney's Disney Store online point-of-sale display*

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN





*Disney's product tag*                    *Disney's product hangtag*

18.     As a result of widespread advertising and sales by Disney, its affiliates, and their respective licensees, together with longstanding consumer recognition of Mickey Mouse as synonymous with the Disney group of companies, the Mickey Mouse Trademarks are widely recognized as source identifiers for products and services authorized by Disney.  Each of the Mickey Mouse Trademarks is inherently distinctive and/or has acquired secondary meaning in the minds of consumers.

19.     Disney holds the exclusive right to develop, manufacture, market, license, and sell products featuring the Mickey Mouse Trademarks.  Disney exercises those rights in numerous ways, including by licensing the Mickey Mouse Trademarks for use in connection with jewelry products and related merchandise for sale through online retailers:

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



*Disney's Mickey Mouse 18K Gold-Plated White Topaz Ring (The Bradford Exchange)*



*Mickey Mouse Profile Earrings by CRISLU (Disney Store)*



*Disney Diamond Mickey Mouse 18" Pendant Necklace (Macy's)*



*Disney's Mickey Mouse Black & White Diamond Heart Necklace (Kay Jewelers)*

20.     Authorized merchandising and licensing of the Mickey Mouse Trademarks is subject to Disney's control over the quality of the licensed goods.

21.     Disney sells (or licenses for sale) products bearing the Mickey Mouse Trademarks in all 50 states, including California.

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

**Red Earth Group's Business Model**

22.    The Satéur website purports to sell "smart luxury" jewelry at "1% of the price" of real diamond jewelry.[4]  For most pieces, a consumer may choose between a lab-grown "Satéur Moissanite" stone or a "Satéur Gems®" stone, which Red Earth Group describes as a "trademarked diamond simulant" "developed by Satéur."[5]  The Satéur website provides no further information about how Red Earth Group "developed" its faux diamond, nor what goes into its purportedly "exclusive formula."[6]

23.    Although the Satéur website lists several "global offices" (including one in the United States), it has no retail showrooms.[7]  Rather, Red Earth Group appears to offer its products for sale only through the Satéur website.[8]

**Red Earth Group's Infringing Satéur Mickey Jewelry**

24.    Most of the Mickey Mouse-themed jewelry sold on the Satéur website is audaciously marketed as part of Red Earth Group's "Satéur® Mickey 1928 Collection" (the "Mickey 1928 Collection").  Red Earth Group describes its Mickey 1928 Collection as a limited-edition collection that was launched to "honor" Disney's 1928 animated short film *Steamboat Willie*, and the expiration of the U.S.

---

[4] *See* Satéur, *About Satéur*, https://sateur.com/pages/about-sateur [https://perma.cc/G9Y3-QADY] (last visited July 14, 2025).

[5] *See, e.g.*, Satéur, *Satéur Destinée Ring™*, https://sateur.com/products/ring?variant=51014303023443 [https://perma.cc/9SDC-XNCS] (last visited July 14, 2025).

[6] *See id.*

[7] *See* Satéur, *Contact Us*, https://sateur.com/pages/contact-us [https://perma.cc/8YGX-F7CG] (last visited July 14, 2025).

[8] Until recently, the Satéur website also featured fake images of non-existent showrooms, and claimed that the company was started by "Felix Francois," who was "[b]orn into a family that has specialized in fossils and gemstones since 1989." In reality, "Felix Francois" appears to be a French-inspired pseudonym for Red Earth Group's founder, Felix Kar Yue Wong.

copyright in the film, and as a "a celebration of nearly a century of joy, innovation, and magic that Mickey Mouse represents."[9]  Most items in the Mickey 1928 Collection are on "sale" for somewhere between $135 and $300, depending on the type of synthetic stone selected for the item.

25.    The centerpiece of the Mickey 1928 Collection is a ring marketed as the "Satéur® Mickey 1928 Classique Ring™."  This ring features a three-dimensional Steamboat Willie charm, wherein the character is depicted in a seated position on the band, holding a synthetic stone.




*Classique Ring top view*                                    *Classique Ring side view*

26.    Red Earth Group appears to use the same product packaging for all items within the Mickey 1928 Collection.  That packaging makes substantial use of Disney's Mickey Mouse Trademarks.  Both the outer and inner jewelry boxes are decorated with an image of Mickey Mouse's face.  Each box is stamped with the phrases "Satéur® Mickey 1928 Collection" and MICKEY THE JEWELER, the latter of which appears in the same font that Disney has long used in connection with Mickey Mouse-branded products.  And each item comes with a "certificate of authenticity," which is decorated with a full-body image of Mickey Mouse, the

---

[9] Satéur, *Celebrating a Century of Magic: The Satéur® Mickey 1928 Collection* (Jan. 22, 2024), https://www.sateur.com/blog-mickey-1928-collection/ [https://perma.cc/3PL2-LDZP].

phrases "Satéur® Mickey 1928 Collection" and MICKEY THE JEWELER, and a holographic seal bearing Mickey Mouse's face.  According to Red Earth Group, these product packaging materials are "[i]nspired by the whimsy and wonder of Mickey's world."[10]


<em>Outer packaging</em>


<em>Inner packaging</em>


<em>Inner box detail</em>


<em>Certificate of authenticity detail</em>

27.    In addition to the Mickey 1928 Collection, Red Earth Group also markets an offshoot "Satéur® 1928 Mickey Voyager Necklace" (the "Mickey Voyager Necklace"):  a pendant necklace featuring an artificial gemstone and a

---

[10] Satéur, *Behind the Scenes: Crafting the World's Most Iconic Mickey Engagement Ring* (Jan. 24, 2024), https://www.sateur.com/crafting-mickey-engagement-ring/ [https://perma.cc/4VZX-P6XB].

1   Steamboat Willie charm, wherein the character is depicted in a forward-facing

2   stance and wearing a baseball cap bearing the SATÉUR mark.

 

*Mickey Voyager Necklace (dark background)*      *Mickey Voyager Necklace (light background)*

12       28.   Like the packaging for the Mickey 1928 Collection, packaging for the

13   Mickey Voyager Necklace makes substantial use of the Mickey Mouse Trademarks.

14   The outer box is decorated with a full-body image of Mickey Mouse and is stamped

15   with the phrase "1928 Mickey Voyager." In addition to the Mickey Voyager

16   Necklace, each box also contains a "certificate of authenticity" (decorated with the

17   same image of Mickey Mouse as appears on the outer box) and a "handcrafted

18   Mickey figure," which the Satéur website describes as "our first collectible."




*Mickey Voyager Necklace outer packaging*          *Mickey Voyager "Mickey figure"*

29.    Marketing materials included within the packaging for the Mickey Voyager Necklace indicate that Red Earth Group plans to expand its "Mickey Voyager" collection in the future.

30.    Red Earth Group's online marketing materials extensively trade on the Mickey Mouse Trademarks and the Disney brand.  Until very recently, the landing page for the Satéur website prominently featured products and packaging from the Mickey 1928 Collection and promised "Magic in Every Carat," a word generally associated with Disney and the experience people have when engaging with this long-standing and established entertainment company's offerings—such as the Walt Disney World theme parks (the "Most Magical Place on Earth"), including Magic Kingdom, and the Disney Cruise Line ("Where Magic Meets the Sea"), including the Disney Magic cruise ship.[11]  The Satéur website landing page currently features the Mickey 1928 Collection under a "Collections You'll Love" banner.

---

[11] MAGIC KINGDOM and DISNEY MAGIC are also registered trademarks of Disney Enterprises, Inc.



31.     Red Earth Group also frequently promotes its Infringing Satéur Mickey Jewelry on the Satéur "Sale" page, which appears to change with the season but often makes use of the Mickey Mouse Trademarks.  In addition to Infringing Satéur Mickey Jewelry, the "Sale" page regularly lists a variety of other, non-Mickey Mouse-themed items that are described as a "Mickey" Sale.



Satéur® Mickey 1928 Collection Sale

**Red Earth Group's Unauthorized Use of the Mickey Mouse Trademarks in its Marketing and Packaging**

32.    Red Earth Group's marketing and packaging of its Infringing Satéur Mickey Jewelry infringes Disney's trademark rights in order to profit off Disney's intellectual property and positive brand associations.  Red Earth Group uses confusingly similar (and sometimes identical or substantially similar) versions of Disney's Mickey Mouse Trademarks throughout its marketing and product packaging materials in a manner that is likely to confuse consumers about the source or sponsorship of the Infringing Satéur Mickey Jewelry offered on the Satéur website.  Red Earth Group obviously intends to capitalize off Disney's goodwill and iconic Mickey Mouse Trademarks.

33.    Red Earth Group's recurring use of "Mickey" in its marketing, advertising, and product packaging infringes Disney's standard character word marks in MICKEY, MICKEY MOUSE, and MICKEY AND FRIENDS, and its

stylized character word marks MICKEY MOUSE and DISNEY MICKEY AND FRIENDS (collectively, "MICKEY word marks").

| Disney's Marks | Examples of Satéur's Infringing Uses |
|---|---|
| MICKEY<br><br>MICKEY MOUSE<br><br>MICKEY AND FRIENDS | Satéur® Mickey 1928 Collection<br>Satéur® Mickey 1928 Classique Ring™<br>Satéur® Mickey 1928 Classique Ébène Ring™<br>Satéur® Mickey 1928 Classique Necklace<br>Satéur® Mickey 1928 Lunaire Necklace<br>Satéur® Mickey 1928 Classique Earrings<br>Satéur® 1928 Mickey Voyager Collection<br>Satéur® 1928 Mickey Voyager Necklace<br>Mickey The Jeweler<br>Various other uses of "Mickey" in advertisements and marketing, including "Mickey Sale," "Mickey's Sale," and "MICKEY" discount codes |
|  |  |

34.     Red Earth Group's combination of its "Satéur®" mark with Disney's MICKEY word marks exacerbates the confusion.  Consumers are accustomed to purchasing official merchandise from Disney that is co-branded with licensees.  For example, Disney and Kate Spade co-branded a line of Mickey and Minnie Mouse jewelry, "Disney X Kate Spade."  Customers accustomed to similar authorized

goods will likely view the co-location of "Satéur®" and "Mickey" as indicating that Red Earth Group is affiliated with Disney.



_Disney X Kate Spade co-branding_                    _Disney X Gucci co-branding_

35.    Red Earth Group also uses Disney's Mickey Mouse device marks across its marketing and product packaging materials.  This unauthorized use infringes Disney's registered Mickey Mouse device marks, as well as Disney's unregistered common-law Mickey Mouse Trademarks.

| Disney's Marks | Examples of Satéur's Infringing Uses |
|---|---|
|   | <br>*Mickey 1928 Collection packaging* |
|  | <br>*Mickey 1928 Collection Certificate of Authenticity* |
|  | <br>*"Mickey" Sale page* |

36.     Red Earth Group is intentionally trying to confuse consumers about the source and/or sponsorship of its Infringing Satéur Mickey Jewelry.  For example, Red Earth Group expressly states that it is marketing its Infringing Satéur Mickey Jewelry to "Disney enthusiasts."[12]  The overall impression of the Infringing Satéur

---

[12] Satéur, *Celebrating a Century of Magic: The Satéur® Mickey 1928 Collection* (Jan. 22, 2024), https://www.sateur.com/blog-mickey-1928-collection/#a-tribute-to-the-original-the-sateur-mickey-1928-collection [https://perma.cc/X85R-KUEA].

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

Mickey Jewelry sold by Red Earth Group suggests, at a minimum, a partnership or collaboration with Disney. This adds to the likelihood of consumer confusion about whether Disney is the source of and/or has approved or sponsored the goods Red Earth Group sells on its Satéur website.

### Red Earth Group's Appropriation for the Purpose of Promoting Its Brand

37.    Red Earth Group also uses the Mickey Mouse Trademarks to promote its overall Satéur brand and to foster confusion between that brand and Disney's well-known and immensely popular brand. Red Earth Group uses confusingly similar (and sometimes identical or substantially indistinguishable) versions of Disney's Mickey Mouse Trademarks across the Satéur website. Red Earth Group has even used versions of Disney's Mickey Mouse Trademarks on the *first page* of the Satéur website—the very first image that consumers see.



38.    It is apparent from Red Earth Group's website design that it uses the MICKEY, MICKEY MOUSE, and DISNEY word marks as keywords in third-party search engine optimization for the purpose of having Red Earth Group's products appear in search results when customers conduct searches for authorized products using those keywords.

39.    Red Earth Group also has used MICKEY, MICKEY MOUSE, and DISNEY in promotional social media posts, such as on TikTok, Instagram, Facebook, and Pinterest, for the purpose of appearing in users' search results.  These unauthorized uses drive more traffic to Red Earth Group's Satéur website.



COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16



*Note: Yellow Highlight Added by Disney*

17    40.    Red Earth Group asserts trademark rights in "Satéur's Mickey The

18  Jeweler™."  Red Earth Group describes "Mickey the Jeweler" as "more than just a

19  figure; he embodies the craftsmanship and artistry inherent ***in every piece of Satéur***

20  ***jewelry***."¹³  Red Earth Group therefore intends to present Mickey Mouse as its own

21  brand identifier for its jewelry merchandise—not limited to the Infringing Satéur

22  Mickey Jewelry—and to trade on the recognizability of the Mickey Mouse

23  Trademarks and consumers' affinity for Disney and *its* iconic ambassador Mickey

24  Mouse.

25
26

27  ¹³ Satéur, *Behind the Scenes: Crafting the World's Most Iconic Mickey Engagement Ring* (Jan. 24, 2024), https://www.sateur.com/crafting-mickey-engagement-ring/

28  [https://perma.cc/4VZX-P6XB] (emphasis added).

41.     Red Earth Group also uses the Mickey Mouse Trademarks to market its *other*, non-Mickey Jewelry products.  For example, Red Earth Group has used both the word "Mickey" and Disney's three-circle mouse ear device mark in promoting sales that apply to nearly all products sold on the Satéur website.  *See* ¶¶ 31, 33, 35, *supra*.  Red Earth Group thus falsely associates Disney's marks and brand with Red Earth Group's products.

42.     Red Earth Group's framing of its Infringing Satéur Mickey Jewelry as justified by expiration of the U.S. copyright in *Steamboat Willie* is another ruse designed to mislead consumers.  The expiration of the U.S. *copyright* in *Steamboat Willie* does not give Red Earth Group license to infringe Disney's continuing rights over its *trademarks* that identify Disney as the source of goods and services and to profit off the goodwill that Disney has built with the public over decades.  As Disney has stated publicly, while copyright expired in the *Steamboat Willie* motion picture, Mickey Mouse will continue to play a leading role as a global ambassador for Disney, including through merchandise.

**<u>Harm to Plaintiff and Consumers</u>**

43.     Red Earth Group's unauthorized use of the Mickey Mouse Trademarks in its product packaging and online marketing materials harms Disney by interfering with Disney's legitimate product and licensing businesses.  Licensees recognize the value of the Mickey Mouse Trademarks and pay Disney fair market value to use those marks.  Red Earth Group, meanwhile, pays Disney nothing to do the same and, thus, directly competes with Disney and its licensees without paying to use these valuable marks.

44.     Red Earth Group's appropriation of the Mickey Mouse Trademarks threatens to undermine Disney's goodwill and reputation in the consumer products market.  Consumer perception of Disney's brand will be affected by consumers' impressions of and associations with Red Earth Group and the Satéur website.  Because licensees regularly pay Disney to use the Mickey Mouse Trademarks, and

because Disney takes steps to ensure the quality and lawful production of those licensed products, consumers expect that the items they purchase with the Mickey Mouse Trademarks will be of high quality and that production elements will not be unlawful or exploitative.  The jewelry sold on the Satéur website does not meet Disney's quality standards.  For example, customers have filed complaints with the Better Business Bureau against Satéur, which has an average customer rating of 1.25/5.  Representative customer complaints include: "not good quality and looked extremely fake"; "This is a Scam if I have ever seen one"; "Had I known Sateur is misleading their clients, I would not have made the purchase"; "This feels like a huge scam and I hope other Americans do not get tricked on their site"; and "This is FRAUD and I want my money back."[14]

45.    In addition, by confusing consumers into believing, incorrectly, that the products sold on the Satéur website are associated with or sold, licensed, or authorized by Disney, Red Earth Group's unauthorized use of the Mickey Mouse Trademarks has very likely caused Disney and/or its licensees to lose sales that they otherwise would have made to consumers seeking genuine Mickey Mouse-themed merchandise.

46.    By misleading consumers into thinking that the products they buy from the Satéur website are associated with Disney, and then distributing poor quality products with bad customer service, Red Earth Group harms Disney, its authorized licensees, and consumers.  Those harms are irreparable, and they will continue to compound so long as Red Earth Group continues to use the Mickey Mouse Trademarks without authorization.

---

[14] Better Business Bureau, *Sateur Customer Reviews*, https://www.bbb.org/us/az/mesa/profile/online-retailer/sateur-1126-1000066537/customer-reviews (last visited July 14, 2025); Better Business Bureau, *Sateur Complaints*, https://www.bbb.org/us/az/mesa/profile/online-retailer/sateur-1126-1000066537/complaints (last visited July 14, 2025).

47.    In sum, Disney brings this action to enforce its clear trademark rights and put an end to Red Earth Group's brazen infringement.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement in Violation of 15 U.S.C. § 1114)

48.    Disney repeats and realleges all of the allegations contained in Paragraphs 1 through 47, inclusive, as though set forth herein in full.

49.    Disney is the owner of the exclusive rights to the Mickey Mouse Trademarks, including but not limited to the federal registrations included in Exhibit A.  Each of the trademark registrations relating to the Mickey Mouse Trademarks is in full force and effect.  Many of Disney's asserted registered marks are also incontestable.

50.    Red Earth Group has used and continues to use in commerce unauthorized reproductions, copies, and/or colorable imitations of registered Mickey Mouse Trademarks in connection with the sale, offering for sale, distribution, and/or advertising of its goods.  This use is likely to cause confusion, mistake, and/or deception among consumers.  Red Earth Group is therefore liable to Disney for infringement of the Mickey Mouse Trademarks pursuant to 15 U.S.C. § 1114.

51.    Red Earth Group's use of reproductions, copies, and/or colorable imitations of the Mickey Mouse Trademarks, without Disney's consent or authorization, has been and continues to be intentional and willful within the meaning of 15 U.S.C. §§ 1114 and 1117.

52.    Red Earth Group's conduct has caused and will continue to cause irreparable injury to Disney, for which Disney has no adequate remedy at law.  As such, Disney seeks injunctive relief pursuant to 15 U.S.C. § 1116, as well as actual damages and Red Earth Group's profits or statutory damages pursuant to 15 U.S.C. § 1117, and reasonable attorneys' fees in prosecuting this action pursuant to 15 U.S.C. § 1117(a).  Further, the conduct has caused monetary damages in an amount to be determined at trial, and because Red Earth Group's infringing conduct

1  has been and continues to be willful, Disney is entitled to an enhanced damages

2  award pursuant to 15 U.S.C. § 1117(a).

3  <u>**SECOND CLAIM FOR RELIEF**</u>

4  **(False Designation of Origin in Violation of 15 U.S.C. § 1125(a))**

5       53.     Disney repeats and realleges all of the allegations contained in

6  Paragraphs 1 through 47, inclusive, as though set forth herein in full.

7       54.     As a direct result of Disney's longstanding use, sales, advertising, and

8  marketing, the Mickey Mouse Trademarks have acquired a distinctive meaning

9  among the consuming public, who have come to identify the Mickey Mouse

10  Trademarks exclusively with Disney and its affiliated companies, and with the

11  goods and services offered by Disney.

12       55.     Red Earth Group's unauthorized use of the Mickey Mouse Trademarks

13  constitutes the use of false or misleading designations of origin, and/or the making

14  of false or misleading representations of fact, in violation of 15 U.S.C. § 1125(a), in

15  that, among other things, such use is likely to cause confusion, deception, and/or

16  mistake as to the source, approval, connection, association, or sponsorship of the

17  goods and services distributed, sold, and offered for sale by Red Earth Group

18  bearing infringements of the Mickey Mouse Trademarks.

19       56.     Red Earth Group's acts complained of herein are willful and intentional

20  within the meaning of 15 U.S.C. §§ 1114 and 1117, and these acts have been and

21  continue to be undertaken with the intention of trading upon the valuable goodwill

22  built up by Disney or otherwise injuring Disney.

23       57.     Red Earth Group's conduct has caused and will continue to cause

24  irreparable injury to Disney, for which Disney has no adequate remedy at law.  As

25  such, Disney seeks injunctive relief pursuant to 15 U.S.C. § 1116, as well as actual

26  damages and Red Earth Group's profits pursuant to 15 U.S.C. § 1117(a), and

27  reasonable attorneys' fees in prosecuting this action pursuant to 15 U.S.C.

28  § 1117(a).  Further, the conduct has caused monetary damages in an amount to be

determined at trial, and because Red Earth Group's conduct has been and continues to be willful, Disney seeks an enhanced damages award pursuant to 15 U.S.C. § 1117(a).

## **PRAYER FOR RELIEF**

WHEREFORE, Disney prays for judgment against Red Earth Group as follows:

1. That Red Earth Group, its officers, agents, servants, employees, and any person in active concert or participation with it be preliminarily and permanently enjoined and restrained from using the Mickey Mouse Trademarks or any reproduction, counterfeit, copy, or colorable imitation of the Mickey Mouse Trademarks in connection with the distribution, advertising, offer for sale, and/or sale of merchandise not the genuine products of Disney.

2. That Red Earth Group, its officers, agents, servants, employees, and any person in active concert or participation with it be preliminarily and permanently enjoined and restrained from otherwise infringing the Mickey Mouse Trademarks and/or damaging Disney's goodwill.

3. That Red Earth Group, its officers, agents, servants, employees, and any person in active concert or participation with it be preliminarily and permanently enjoined and restrained from assisting, aiding, or abetting any other person or business entity in engaging in or performing any infringement of the Mickey Mouse Trademarks.

4. That Disney be awarded its damages as well as profits realized by Red Earth Group by reason of Red Earth Group's unlawful acts herein alleged, in amounts to be proven at trial, and that the amount of damages for infringement of the Mickey Mouse Trademarks be increased by a sum not exceeding three times the amount thereof as provided by law.

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

5.      In the alternative to actual damages and profits, at Disney's election, that Disney may be awarded statutory damages as may be proper under 15 U.S.C. § 1117.

6.      That Disney be awarded its costs and reasonable attorneys' fees incurred in this action.

7.      That Disney be awarded pre-judgment interest on its judgment.

8.      That Disney have such other and further relief as the Court may deem equitable, proper, and just.

DATED:  July 16, 2025                 MUNGER, TOLLES & OLSON LLP


                                      By:  ____*/s/ Kelly M. Klaus*____
                                           Kelly M. Klaus

                                      *Attorneys for Plaintiff Disney Enterprises, Inc.*

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN

# DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Disney hereby demands a jury trial in this action.

DATED:  July 16, 2025                    MUNGER, TOLLES & OLSON LLP


By:    _____*/s/ Kelly M. Klaus*_____
       Kelly M. Klaus

       *Attorneys for Plaintiff Disney*
       *Enterprises, Inc.*

COMPLAINT FOR TRADEMARK INFRINGEMENT AND FALSE DESIGNATION OF ORIGIN