KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROSE LEDA EHLER (SBN 296523)
Rose.Ehler@mto.com
GRAHAM J. WYATT (SBN 342809)
Graham.Wyatt@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

SARAH E. WEINER (*admitted pro hac vice*)
Sarah.Weiner@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Avenue NW, Suite 500 E
Washington, DC 20001
Telephone: (202) 220-1100

*Attorneys for Plaintiff*

LINCOLN D. BANDLOW (SBN 170449)
lincoln@bandlowlaw.com
THE LAW OFFICES OF LINCOLN BANDLOW P.C.
1801 Century Park East, Suite 2400
Los Angeles, CA 90067
Telephone: (310) 556-9680
Fax: (310) 861-5550

*Attorney for Defendant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RED EARTH GROUP LIMITED, d/b/a SATÉUR, <br><br> Defendant. | Case No. 2:25-cv-06469-DSF-BFM <br><br> **JOINT STIPULATION REGARDING [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION** <br><br> Judge: Hon. Dale S. Fischer |

WHEREAS, on July 16, 2025, Plaintiff Disney Enterprises, Inc. initiated the above-captioned action against Defendant Red Earth Group Limited d/b/a Satéur (collectively, the "Parties").

WHEREAS, the Parties reached an agreement regarding a stipulated Final Judgment and Permanent Injunction, in the form attached hereto.

NOW, THEREFORE, the Parties, by and through their undersigned counsel, hereby stipulate:

1. To the entry of the [Proposed] Final Judgment and Permanent Injunction in the form attached hereto as Exhibit A; and

2. That Defendant irrevocably and fully waives any and all right to appeal the Final Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or to otherwise to attack in any way, directly or collaterally, its validity or enforceability.

IT IS SO STIPULATED.

DATED: October 8, 2025          MUNGER, TOLLES & OLSON LLP

                                By:      /s/ Kelly M. Klaus
                                         KELLY M. KLAUS
                                Attorney for Plaintiff

DATED: October 8, 2025          RED EARTH GROUP LIMITED

                                By:      /s/ Lincoln D. Bandlow
                                         LINCOLN D. BANDLOW
                                Attorney for Defendant

**FILER'S ATTESTATION**

I, Kelly M. Klaus, am the ECF user whose identification and password are being used to file this **JOINT STIPULATION REGARDING [PROPOSED] FINAL JUDGMENT AND PERMANENT INJUNCTION**. Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above-named signatory concurs in this filing.

DATED: October 8, 2025

*/s/ Kelly M. Klaus*
KELLY M. KLAUS