JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RED EARTH GROUP LIMITED, d/b/a SATÉUR, <br><br> Defendant. | Case No. 2:25-cv-06469-DSF-BFM <br><br> **ORDER ON JOINT STIPULATION REGARDING FINAL JUDGMENT AND PERMANENT INJUNCTION** <br><br> Judge:   Hon. Dale S. Fischer |

THIS CAUSE came before the Court upon the Joint Stipulation Regarding Final Judgment And Permanent Injunction (the "Stipulation") filed by Plaintiff Disney Enterprises, Inc. and Defendant Red Earth Group Limited d/b/a Satéur and the Court being duly advised does hereby:

**FIND, ORDER AND ADJUDGE:**

1. The Final Judgment and Permanent Injunction attached as Exhibit A to the Stipulation shall be filed by the parties and upon such filing it will be entered by the Court; and

2. Defendant has irrevocably and fully waived any and all right to appeal the Final Judgment and Permanent Injunction, to have it vacated or set aside, to seek or obtain a new trial thereon, or to otherwise to attack in any way, directly or collaterally, its validity or enforceability.

**IT IS SO ORDERED.**

DATED: October 10, 2025

By: _____
Honorable Dale S. Fischer
United States District Judge