AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court   CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION   on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-06469 DSF | DATE FILED<br>7/16/2025 | U.S. DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION |
|---|---|---|
| PLAINTIFF<br><br>DISNEY ENTERPRISES, INC. | | DEFENDANT<br><br>RED EARTH GROUP LIMITED, d/b/a SATÉUR |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | SEE ATTACHMENT A |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| "SEE COPY ATTACHMENT OF ORDER ON JOINT STIPULATION REGARDING FINAL JUDGMENT AND PERMANENT INJNCTION" |

| CLERK<br><br>Brian D. Karth | (BY) DEPUTY CLERK<br><br>/s/ J. Lam | DATE<br><br>10/10/2025 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy**

# Attachment A

## ATTACHMENT A

| MARK | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|---|
| MICKEY MOUSE | 6257456 | 1/26/2021 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3006350 | 10/11/2005 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3588873 | 3/10/2009 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3750188 | 2/16/2010 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3007745 | 10/18/2005 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 1152389 | 4/28/1981 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3002503 | 9/27/2005 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3584466 | 3/3/2009 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3011935 | 11/1/2005 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3308015 | 10/9/2007 | DISNEY ENTERPRISES, INC. |
| MICKEY MOUSE | 3036883 | 12/27/2005 | DISNEY ENTERPRISES, INC. |
| [MICKEY MOUSE logo] | 247156 | 9/18/1928 | DISNEY ENTERPRISES, INC. |
| [Mickey Mouse head silhouette] | 5670367 | 2/5/2019 | DISNEY ENTERPRISES, INC. |

| MARK | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|---|
| (Mickey Mouse head silhouette) | 7242630 | 12/12/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse head silhouette) | 7242632 | 12/12/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse head silhouette) | 7242633 | 12/12/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse full figure) | 7191292 | 10/10/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse full figure) | 7191291 | 10/10/2023 | DISNEY ENTERPRISES, INC. |

| MARK | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|---|
| (Mickey Mouse image) | 7508983 | 9/17/2024 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse image) | 7184910 | 10/3/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse image) | 7184911 | 10/3/2023 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse image) | 7508982 | 9/17/2024 | DISNEY ENTERPRISES, INC. |
| (Mickey Mouse image) | 7184909 | 10/3/2023 | DISNEY ENTERPRISES, INC. |

| MARK | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|---|
| | 7184917 | 10/3/2023 | DISNEY ENTERPRISES, INC. |
| | 7184916 | 10/3/2023 | DISNEY ENTERPRISES, INC. |
| | 7732717 | 3/18/2025 | DISNEY ENTERPRISES, INC. |
| | 7184915 | 10/3/2023 | DISNEY ENTERPRISES, INC. |
| | 7184913 | 10/3/2023 | DISNEY ENTERPRISES, INC. |

| MARK | TRADEMARK NO. | DATE OF TRADEMARK | HOLDER OF TRADEMARK |
|---|---|---|---|
|  | 7508984 | 9/17/2024 | DISNEY ENTERPRISES, INC. |
|  | 7191293 | 10/10/2023 | DISNEY ENTERPRISES, INC. |
|  | 3580904 | 2/24/2009 | DISNEY ENTERPRISES, INC. |
|  | 3580903 | 2/24/2009 | DISNEY ENTERPRISES, INC. |
|  | 7213323 | 11/7/2023 | DISNEY ENTERPRISES, INC. |